**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHERYL ANN GOODWIN,             ) | Case No. CV 13-4481-JPR |
|                                 ) | |
|             Plaintiff,          ) | **JUDGMENT** |
|                                 ) | |
|       v.                        ) | |
|                                 ) | |
| CAROLYN W. COLVIN, Acting       ) | |
| Commissioner of Social          ) | |
| Security,                       ) | |
|                                 ) | |
|             Defendant.          ) | |

For the reasons set forth in the accompanying Memorandum and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: June 3, 2014                    _____
                                       JEAN ROSENBLUTH
                                       U.S. Magistrate Judge